UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KENNETH R. CRAFT, JR.,

    Plaintiff,

    v.        CAUSE NO. 3:22-CV-583-JD-MGG

SHERIFF,

    Defendant.

OPINION AND ORDER

Kenneth R. Craft, Jr., a prisoner without a lawyer, has filed an unauthorized sur-response to the defendant's summary judgment motion. ECF 65. The court received this filing after entering its order granting the defendants' summary judgment motion. *See* ECF 63, 65.[1] The local rules do not authorize the filing of a sur-response without leave of court. N.D. Ind. L.R. 56-1(d). A copy of Local Rule 56-1 was provided to Craft with the summary judgment motion. ECF 51 at 4-5. District courts "may strictly enforce local summary-judgment rules" even against parties who are unrepresented by counsel. *McCurry v. Kenco Logistics Servs., LLC*, 942 F.3d 783, 787 (7th Cir. 2019). *See also Robinson v. Waterman*, 1 F.4th 480, 482 (7th Cir. 2021) and *Phoneprasith v. Greff*, No. 21-3069, 2022 WL 1819043 (7th Cir. June 3, 2022). Craft did not seek, and was not granted, leave to file a sur-response. Moreover, Craft's unauthorized sur-response does not provide any basis for requesting leave from the court to file an additional brief. The arguments he

---

[1] The court's dismissal order is dated May 30, 2023. ECF 63. Judgment was entered the next day. ECF 64. Craft's sur-response is dated May 31, 2023, and the court received it on June 5, 2023. ECF 65.

2

raised in his unauthorized sur-response were, or could have been, raised in his initial response. For these reasons, Craft's unauthorized sur-response (ECF 65) is STRICKEN.

SO ORDERED on June 12, 2023

/s/JON E. DEGUILIO
CHIEF JUDGE
UNITED STATES DISTRICT COURT